IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arthur D'Amario, III, ) | No. CV 05-99-TUC-CKJ |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Magdeline Jensen, Chief U.S. Probation ) Officer, ) | |
| Respondent. ) | |

    Pending before the Court is Petitioner's Motion for Reconsideration. For the reasons stated below, the Motion is denied in part and granted in part.

    As a threshold matter, this case was dismissed with prejudice for lack of jurisdiction. The Court only intended to dismiss the case (without prejudice), but inadvertently and incorrectly added "with prejudice" to the dismissal. Petitioner has made a valid request to correct this portion of the judgment. As such, pursuant to FED.R.CIV.P. 60(a) which allows for the correction of "clerical mistakes . . . arising from oversight or omission'," IT IS HEREBY ORDERED that the judgment is corrected such that this case is dismissed without prejudice. The Clerk of the Court shall change the judgment accordingly.

    Petitioner also requests that the Court consider the merits of this case as he filed a motion for summary judgment. However, as previously explained, as the Court does not have jurisdiction over this case, that motion is moot and it would be improper for the Court

1  to rule on a motion in a case where the Court lacks jurisdiction.  Thus, Petitioner's request
2  is denied.

5  DATED this 15th day of December, 2005.

Cindy K. Jorgenson
United States District Judge